IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CATHERINE ESTEPPE, individually and on behalf of all other similarly situated individuals, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:16-CV-4407-AT |
| BODY SCULPT INTERNATIONAL, LLC, *et al.*, | : : : | |
| Defendants. | : | |

## **ORDER**

This Fair Labor Standards Act ("FLSA") case is before the Court on the parties' Joint Motion for Approval of Settlement [Doc. 22]. This case was previously stayed while the parties arbitrated Plaintiff's FLSA claims. The parties reached a settlement agreement during arbitration, and the arbitrator reviewed their agreement and found it to be fair and reasonable. Upon review of the parties' settlement agreement and their explanation of the damages awarded, the Court finds no reason to disturb the arbitrator's finding that the agreement is fair and reasonable. Thus, the Court **GRANTS** the parties' joint motion [Doc. 22] and approves the settlement agreement.[1] The case is hereby **DISMISSED**.

---

[1] The settlement agreement in this case includes a confidentiality provision. The Court notes that it does not normally approve confidentiality provisions in FLSA settlement agreements, whether or not the settlement was reached during arbitration.

**IT IS SO ORDERED** this 16th day of October, 2017.

_____
**Amy Totenberg**
**United States District Judge**